In the Matter of 184 REALTY CORPORATION, Respondent. NATIONAL UNIFORM COMPANY, INC., et al., Appellants.

Argued April 11, 1951; decided April 13, 1951.

*Harry G. Anderson* and *Mortimer Schwartz* for appellants. *Nathaniel T. Hellman* and *Bernard H. Kayden* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.